UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 15-10410-AJC |
| | : | |
| JORGE LUIS ESQUIVEL AND | : | CHAPTER 7 |
| JOSEFINA FONTALVO | : | |
| Debtors. | : | |
| _____/ | | |

**TRUSTEE'S MOTION TO COMPEL DEBTORS TO
TURNOVER 2006 TOYOTA TACOMA VEHICLE**

COMES NOW Robert A. Angueira, Chapter 7 Trustee ("*Trustee*") by undersigned counsel, pursuant to 11 U.S.C. § 541 and 542, and files this *Motion to Compel Debtors to Turnover 2006 Toyota Tacoma Vehicle*, and in support thereof, states as follows:

1.      This Chapter 7 case was filed on January 9, 2015 (the "*Petition Date*"), and Robert A. Angueira has been appointed to serve as the duly qualified Chapter 7 Trustee (the "*Trustee*").

2.      On Schedule B, Item #25, the Debtors listed a 2006 Toyota Tacoma vehicle with a value of $4,600.00 and no lien on Schedule D.  The Trustee retained an appraiser to value the Debtors' personal property, including the 2006 Toyota Tacoma, which the Trustee's appraiser valued at $5,000.00.  There is no material dispute regarding valuation of the 2006 Toyota Tacoma.

3.      The Trustee does not dispute that the Debtors are entitled to a $1,000.00 statutory motor vehicle exemption, which the Debtors apply to the 2006 Toyota Tacoma vehicle.  The Trustee's position is that the Debtors can bid this exemption amount at auction.

4.      The 2006 Toyota Tacoma is property of the estate under 11 U.S.C. §541.  The Trustee is seeking the turnover of the 2006 Toyota Tacoma.

CASE NO.: 15-10410-AJC

5.      The Trustee is entitled to turnover of the 2006 Toyota Tacoma under 11 U.S.C.

§542.  See generally, <u>United States v. Whiting Pools, Inc.</u>, 462 U.S. 198, 103 S. Ct. 2309 (1983)

and <u>United States v. Challenge Air International, Inc.</u>, 952 F.2d 384 (11th Cir. 1992).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

a)  Directing the turnover of the 2006 Toyota Tacoma vehicle listed on Schedule B, Item #25 to Robert A. Angueira c/o Stampler Auctions within five (5) days of the signing of the Order;

b)  Directing that the Debtors bring with the vehicle the title, insurance card and all keys to the 2006 Toyota Tacoma vehicle to Robert A. Angueira c/o Stampler Auctions at 1914 Tigertail Blvd., Dania, FL 33004 within five (5) days of the signing of the Order;

c)  Granting any such additional relief as this Court deems Just and Proper.


Dated: April 18, 2015.


ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rachel@rabankruptcy.com


By _____/s/_____
      RACHEL L. AHLUM
      Florida Bar No. 0091291

2

CASE NO.: 15-10410-AJC

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 18th day of April, 2015, to the Debtors.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 18th day of April, 2015, to:

- Rachel L Ahlum    rachel@rabankruptcy.com, rangueir@bellsouth.net

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com; tassistant@rabankruptcy.com; lisa@rabankruptcy.com; lillian@rabankruptcy.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rachel@rabankruptcy.com


By _____/s/_____
    RACHEL L. AHLUM
    Florida Bar No. 0091291

3