UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 15-10410-AJC |
| | : | |
| JORGE LUIS ESQUIVEL AND | : | CHAPTER 7 |
| JOSEFINA FONTALVO | : | |
| Debtors. | : | |
| ______________________________ | / | |

**TRUSTEE'S MOTION TO COMPEL DEBTORS TO (I) PREPARE AND FILE 2014 INCOME TAX RETURN; AND (II) TURNOVER 2014 INCOME TAX REFUND**

COMES NOW Robert A. Angueira, Chapter 7 Trustee ("***Trustee***") by undersigned counsel, pursuant to 11 U.S.C. §§ 541 and 542, and files this *Motion to Compel Debtors to (I) Prepare and File 2014 Income Tax Return; and (II) Turnover 2014 Income Tax Refund*, and in support thereof states as follows:

1. This Chapter 7 case was filed on January 9, 2015 (the "***Petition Date***"), and Robert A. Angueira has been appointed to serve as the duly qualified Chapter 7 Trustee (the "***Trustee***").

2. On March 30, 2015, the Debtors appeared for a Rule 2004 Examination (the "***2004 Exam***"). At the 2004 Exam, the Debtors testified that they did not prepare or file a 2012 or 2013 Federal Income Tax Return because they earned no income during those years, and were not required to file returns. However, the Debtor began working on or about January 21, 2014, and worked through and including December 31, 2014, and is required to file a federal income tax return for Tax Year 2014.

3. As of the 2004 Exam, the Debtors had not yet prepared their 2014 return. The Trustee does not know if a 2014 return has subsequently been prepared. However, as of the date of this motion, the Debtors have failed to provide the Trustee with a copy of the 2014 return.

4. If the Debtors are entitled to a refund for Tax Year 2014, the Trustee is entitled to receive that portion of the 2014 Refund attributable to the Debtor's pre-petition withholding and estimated payments (i.e. 100% of the refund since this case was filed on January 9, 2015).

5. The Debtors did not disclose any anticipated 2014 Refund on Schedule B, and did not exempt the anticipated 2014 Refund on Schedule C. Therefore, the entire amount of the 2014 refund (if any, and net of EIC (if any)) is non-exempt property of the Estate under 11 U.S.C. §541.

6. The Trustee is entitled to turnover of 100% of the 2014 Refund (net of EIC, if any) under 11 U.S.C. § 542. See generally, United States v. Whiting Pools, Inc., 462 U.S. 198, 103 S. Ct. 2309 (1983) and United States v. Challenge Air International, Inc., 952 F.2d 384 (11th Cir. 1992).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order: (i) compelling the Debtors to prepare and file a 2014 Federal Income Tax Return within three (3) days of any Order granting this Motion, and simultaneously provide a copy of the return to the Trustee's counsel; (ii) directing the Debtors to turnover to the Trustee 100% of the 2014 Income Tax Refund (net of earned income credit, if any) within three (3) business days of their receipt of any refund attributable to tax year 2014; (iii) ordering that the Estate's portion of the Refund should be mailed by cashier's check or money order to Robert Angueira, Trustee, 6495 SW 24th St., Miami, FL 33155; and (iv) granting any such additional relief as this Court deems Just and Proper.

Dated: April 18, 2015.

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rachel@rabankruptcy.com

By ____________/s/____________________
RACHEL L. AHLUM
Florida Bar No. 0091291

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 18th day of April, 2015, to the Debtors.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 18th day of April, 2015, to:

- Rachel L Ahlum rachel@rabankruptcy.com, rangueir@bellsouth.net
- Robert A Angueira trustee@rabankruptcy.com, fl79@ecfcbis.com; tassistant@rabankruptcy.com; lisa@rabankruptcy.com; lillian@rabankruptcy.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Robert Sanchez court@bankruptcyclinic.com, courtECFmail@gmail.com

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rachel@rabankruptcy.com

By ____________/s/____________________
RACHEL L. AHLUM
Florida Bar No. 0091291