UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 15-10410-AJC |
| | : | |
| JORGE LUIS ESQUIVEL AND | : | CHAPTER 7 |
| JOSEFINA FONTALVO | : | |
|     Debtors. | : | |
| _____/ | | |

### TRUSTEE'S MOTION FOR AUTHORITY TO CONDUCT PUBLIC AUCTION SALE OF NON-EXEMPT PERSONAL PROPERTY AT THE DEBTORS' RESIDENCE

COMES NOW, Robert A. Angueira, as the Chapter 7 Trustee of the case captioned and files this *Motion for Authority to Conduct Public Auction Sale of Non-Exempt Personal Property at the Debtors' Residence*, and states as follows:

1. This Chapter 7 case was filed on January 9, 2015 (the "***Petition Date***"), and Robert A Angueira has been appointed to serve as the duly qualified Chapter 7 Trustee (the "***Trustee***").

2. On Schedule B, Item #4 of the Bankruptcy Petition, which document was signed by the Debtors under penalty of perjury, the Debtors alleged that they owned only $1,070.00 worth of personal property inside of their home (the "***Personal Property***"), despite the fact that the Debtors live in a 3-bedroom, 2-bathroom single-family home with over 2,147 square feet of interior space pursuant to the Miami-Dade Property Tax Assessor. The only items which the Debtors disclosed on Schedule B, Item #4[1] are as follows:

    a. 2 couches;
    b. 2 loveseats;
    c. Center table
    d. Corner table
    e. 2 TV's, and DVD and VCR players
    f. 6 pots, 20 plates, 14 cups, 20 silverware
    g. Refrigerator

---

[1] Additionally the Trustee notes SOFA #14 does not disclose any property held for another person.

      h. Toaster
      i. Microwave
      j. Cabinet
      k. Stove
      l. Dining table and 6 chairs
      m. 1 Bed, 1 dresser, 1 headboard
      n. 1 lamp
      o. 1 washer and 1 dryer
      p. 1 computer
      q. 1 digital camera

3. The Debtors testified at the 2004 Examination that the scheduled value of the personal property at their home was based on nothing more than the Debtors' guess as to the value of these items.

4. The Trustee retained an appraiser, Martin Claire & Co., LLC, to visit the Debtors' residence and evaluate the potential value of the Personal Property. The appraiser estimates the value of the personal property currently inside the Debtors' home to be $5,715.00 – and not $1,070.00 as listed by the Debtors on Schedule B, Item #4. Additionally the Appraiser noted that there is substantially more property inside of the Debtors' home than was disclosed on Schedule B, Item #4.

5. The Debtors have claimed $583.53 worth of the Personal Property as exempt on Schedule C pursuant to Fla. Const. Art. X §4(a)(2). The Trustee takes the position that the Debtors can bid their exemption amounts at auction; or alternatively that the $583.53 exemption amount can be paid to the Debtors out of the proceeds from the proposed sale.

6. The Trustee is seeking the authority to conduct an auction (on premises) of all the personal property of the Debtors. The items which the Trustee proposes to sell by way of public auction are listed with specificity in the attached **Exhibit 1**.

7. The bankruptcy estate will be responsible for all the auctioneer's costs and expenses, and the Trustee will file a separate motion to employ the Auctioneer if the Court grants

this Motion. The Trustee will make arrangements with the Court-approved Auctioneer to market and sell the personal property as quickly as possible.

8. The Trustee believes under his business judgment, that it is in the best interest of the estate to sell the personal property described above in an auction to be conducted at the location of the Debtor's residence.

9. **PROPOSED TERMS OF AUCTION SALE:**

   a. A Court-approved Auctioneer will conduct an auction sale of the personal property. The property is currently located at 512 W. 79th Pl., Hialeah, Florida 33014.

   b. The auction sale is subject to approval by the Trustee and the United States Bankruptcy Court for the Southern District of Florida in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures and the Local Rules of the United States Bankruptcy Court for the Southern District of Florida.

   c. The auctioneer shall announce the bidding procedures prior to the start of the auction sale.

   d. CONDITION OF ASSETS: Every effort has been made to provide as complete and accurate of description as possible. The Trustee makes no representations as to the condition of any asset being sold. **EVERYTHING IS SOLD IN "AS-IS", "WHERE-IS" CONDITION AND WITHOUT ANY REPRESENTATIONS, WARRANTIES OR GUARANTEES.** The sale of inventory and personal property will be free and clear of all liens and other interests pursuant to 11 U.S.C. §363(f) with any such liens to attach to the proceeds from the sale if the sale is approved by the Court.

10. In order for the auction sale to be successful, the Trustee and auctioneer must be given reasonable access to the premises the day before the sale is to be conducted during regular business hours.

11. If this motion is granted, the Trustee will file and serve a separate Notice of Proposed Sale of Assets on all creditors and parties of interest.

CASE NO.: 15-10410-AJC

WHEREFORE, the Trustee respectfully requests that this Court enter an Order authorizing the Trustee to Conduct a Public Auction Sale of Non-Exempt Personal Property at the Debtors' Residence, compelling the Debtors to provide reasonable access to the premises, and granting any other relief the Court deems appropriate under the facts.

Dated: April 25th, 2015.

                                                ROBERT A. ANGUEIRA, P.A.
                                                6495 S.W. 24th Street
                                                Miami, Florida 33155
                                                Tel. (305) 263-3328
                                                Fax (305) 263-6335
                                                e-mail rachel@rabankruptcy.com

By _____
                                                RACHEL L. AHLUM
                                                Florida Bar No. 0091291

CASE NO.: 15-10410-AJC

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 25th day of April, 2015, to the Debtors.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 25th day of April, 2015, to:

- Rachel L Ahlum    rachel@rabankruptcy.com, rangueir@bellsouth.net

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com; tassistant@rabankruptcy.com; lisa@rabankruptcy.com; lillian@rabankruptcy.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rachel@rabankruptcy.com

By /s/ Rachel Ahlum
RACHEL L. AHLUM
Florida Bar No. 0091291

5

 

# PERSONAL PROPERTY APPRAISAL

Jorge Luis Esquivel and Josefina Fontalvo
512 W 79 Th Place
Miami, FL 33012-1015

Case # : 15-10410-AJC
Robert A Angueira, Trustee
Date: 2/20/2015

| ITEM | QTY | DESCRIPTION | FMV |
|---|---|---|---|
|  |  | **LIVING ROOM** |  |
| 1 | 1 | Sofa White brocade fabric | $450.00 |
| 2 | 1 | Love Seat (matching) | $300.00 |
| 3 | 1 | Cocktail Table faux stone base glass top | $150.00 |
| 4 | 1 | Hall Table (matching) | $150.00 |
| 5 | 2 | Paintings "Landscapes" framed | $70.00 |
| 6 | 1 | Lot Bric-A-Brac | $30.00 |
| 7 | 1 | Table Lamp vase base | $40.00 |
| 8 | 1 | Area Rug 3'x5' | $25.00 |
|  |  | **DINING ROOM** |  |
| 9 | 1 | Table Light wood | $200.00 |
| 10 | 6 | Chairs (matching) | $240.00 |
| 11 | 1 | Breakfront (matching) | $350.00 |
| 12 | 1 | Lot Glassware and contents cabinet estimate | $100.00 |
| 13 | 1 | Painting "Still Life" framed 2'x4' | $75.00 |
|  |  | **KITCHEN** |  |
| 14 | 4 | Stool White metal | $60.00 |
| 15 | 1 | Refrigerator White Kenmore (old) | $100.00 |
| 16 | 1 | Stove Whirpool stainless steel electric | $150.00 |
| 17 | 1 | Television Toshiba (old, not working) | N/V |
| 18 | 1 | Lot Dishes smallwares pots and pans etc | $75.00 |
| 19 | 1 | Microwave White Whirpool | $25.00 |
|  |  | **DEN** |  |
| 20 | 1 | Sofa Sectional green fabric (poor condition) | $150.00 |
| 21 | 1 | Hall Table glass top | $50.00 |
| 22 | 1 | Television 47" LG flat screen | $200.00 |
| 23 | 1 | DVD Player GO video (old) | $15.00 |
| 24 | 1 | Painting 2'x3' framed | $50.00 |
| 25 | 1 | Side Table glass top | $30.00 |
|  |  | **OFFICE** |  |
| 26 | 1 | Desk with chair | $40.00 |
| 27 | 1 | Computer System HP | $50.00 |
| 28 | 1 | Printer HP | $25.00 |
| 29 | 1 | Lot Computer parts etc (old) | $20.00 |
| 30 | 1 | Chest of drawers black (old) | $25.00 |
| 31 | 1 | Television 27" Zenith (old) | $25.00 |
| 32 | 1 | Lot Clothes etc contents of room and closet | $30.00 |
|  |  | **BEDROOM** |  |
| 33 | 1 | Bed Queen size with bedding | $250.00 |
| 34 | 1 | Dresser with mirror black laquer | $150.00 |
| 35 | 1 | Chest of drawers black laquer (matching) | $75.00 |
| 36 | 2 | Night Stands (matching) | $50.00 |

Page 1

TRUSTEE EXHIBIT 1



**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

Jorge Luis Esquivel and Josefina Fontalvo
512 W 79 Th Place
Miami, FL 33012-1015

Case # : 15-10410-AJC
Robert A Angueira, Trustee
Date: 2/20/2015

| ITEM | QTY | DESCRIPTION | FMV |
|---|---|---|---|
| | | **BEDROOM (Cont)** | |
| 37 | 1 | Lot Clothes luggage etc estimate in room and closet | $150.00 |
| 38 | 1 | Television 24" Hitachi (old) | $25.00 |
| | | **BEDROOM MASTER** | |
| 39 | 1 | Bed Queen size with wall cabinet etc tan mica mirrored back with bedding | $400.00 |
| 40 | 1 | Dresser with mirror (matching) | $150.00 |
| 41 | 1 | Armoire (matching) | $150.00 |
| 42 | 1 | Television Sony (old) | $25.00 |
| 43 | 1 | I Link DVD player | $15.00 |
| 44 | 1 | Cabinet with chair | $20.00 |
| 45 | 1 | Figurine | $15.00 |
| 46 | 1 | Lot Ladie's clothes contents of closet | $250.00 |
| 47 | 1 | Lot Men's clothes contents of closet | $150.00 |
| | | **SHED BACK ROOM / PATIO** | |
| 48 | 1 | Washing Machine Maytag white | $150.00 |
| 49 | 1 | Drying Machine Maytag white | $150.00 |
| 50 | 2 | Sections Steel shelving | $60.00 |
| 51 | 1 | Lot Cable supplies and household items estimate | $100.00 |
| 52 | 1 | Lot Household items and supplies | $50.00 |
| 53 | 1 | Hand Truck | $30.00 |
| 54 | 1 | Ping Pong table | $25.00 |
| | | **Total Personal Appraisal** | **$5,715.00** |
| 55 | 1 | **Jet Ski** (Jorge Luis Esquival) | N/V |
| | | 2000 Yamaha    1200 GP | |
| | | Yamaha 271C00 | |
| | | IN PARTS  NOT WORKING | |
| 56 | 1 | **Trailer** | $500.00 |
| | | 2000 Atlanta gavanized | |
| | | VIN # 5EXBB1214YM120047 | |
| | | **TOTAL** | **$6,215.00** |

Page 2